*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MARIANNE DENTON

vs.                              No.  3:08CV00027 SWW

SAFECO INSURANCE COMPANY OF ILLINOIS

<u>**ORDER**</u>

The Initial Scheduling Order filed in this matter on February 20, 2008, directed the parties to file their Rule 26(f) report by May 12, 2008.  It has come to the Court's attention that the report has not been filed. Therefore, the parties are directed to file their Rule 26(f) report no later than October 1, 2008.  A 16(b) conference will be rescheduled, if necessary, after the report is filed.

IT IS SO ORDERED this 22nd day of September, 2008.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE