IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARIANNE DENTON                                                      PLAINTIFF

V.                                  NO.  3:08cv00027 JWC

SAFECO INSURANCE COMPANY OF ILLINOIS                 DEFENDANT

## ORDER AND JUDGMENT

The parties have informed the Court that a settlement has been reached and have

filed a joint motion to dismiss this case with prejudice (doc. 12).  The motion is granted and

the jury trial scheduled for January 12, 2009, is removed from the Court's trial docket.  This

case is dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED this 7th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE